```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3115 |
| v. | ) | |
| MARTIN FERNANDEZ, RAMON RODRIGUEZ MARQUEZ, | ) | ORDER |
| Defendants. | ) | |

On the Court's own motion,

IT IS ORDERED:

The Defendants' Motions for Release, filings 13 and 14, shall be removed from the public docket and filed under seal.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge