IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:05CR3115 |
| v. | ) | |
| | ) | |
| MARTIN FERNANDEZ and | ) | |
| RAMON RODRIGUEZ MARQUEZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue, filing 26, is granted and the suppression hearing is continued from January 4 to January 11, 2006 at 1:00 p.m.

Defendants shall be present for the hearing.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge