IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:05CR3115-1 |
| v. | ) | |
| MARTIN FERNANDEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

Upon consideration of the defendant's motion to "Reconsider Change of Conditions of Release," my order of December 12, 2005 sets forth my reasons for denying the defendant's request. I see nothing in the newest motion which alters those conclusions.

IT THEREFORE HEREBY IS ORDERED:

1. The motion, filing 25, is denied.

2. The defendant's request for oral argument is also denied.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge