```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )           4:05CR3115
     v.                         )
                                )
MARTIN FERNANDEZ and            )
RAMON RODRIGUEZ MARQUEZ,        )           ORDER
                                )
              Defendants.       )
                                )
```

IT IS ORDERED:

Plaintiff's motion to continue, filing 30, is granted and the suppression hearing is continued from today to February 16, 2006 at 1:30 p.m. for a duration of three hours.

Defendants shall be present for the hearing.

DATED this 11th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge